tencia que la ley y los hechos estaban a favor de la demandada y en contra de la demandante; (3) Que la corte inferior cometió error al imponer las costas, que incluyen honorarios de abogados, a la parte demandante;

Por Cuanto, las cuestiones así planteadas resultan mas bien de hecho que de derecho.

Por Cuanto, después de un detenido estudio de los autos a la luz del alegato de la apelante y de los argumentos escritos y orales de la apelada, no encontramos que se haya cometido abuso de discreción ni error tan manifiesto que requiera la revocación o modificación de la sentencia apelada;

Por Tanto, se confirma la sentencia dictada en marzo 10, 1922.

No. 2052. El Pueblo, Apelante, v. Echevarría, Apelado.—Corte de Distrito de Ponce. Resuelto en abril 18, 1923. Robo. Vista la moción presentada por el fiscal, se le tiene por desistido de la apelación y se anula el señalamiento de la vista.

No. 2056. El Pueblo, Apelado, v. Martínez, Apelante.— Corte de Distrito de Humacao. Resuelto en abril 18, 1923. Abandono de menores. Visto el escrito presentado por el apelante se le tiene por desistido de la apelación.

No. 2636. Besosa, Apelado, v. Norwich Union Fire Insurance Society, Ltd., Apelante.—Corte de Distrito, de San Juan, Primer Distrito. Cobro de honorarios. Resuelto en abril 20, 1923. Vista la moción de las partes, se deja sin efecto la audiencia señalada y se desestima la apelación.

No. 2795. Maricht et al., Apelante, v. Sucesión Román, Apelada.—Corte de Distrito de Ponce. No. 2937. Solá Apelante, v. Manrique et al., Apelados.—Corte de Distrito de Humacao.—No. 2918. Laviosa, Apelante, v. Sucesora de Abril, Apelada.—Corte de Distrito de San Juan, Primer Distrito.—No. 2649. Arrufat, Apelante, v. Ortiz, Apelado.— Corte de Distrito de Humacao.—No. 2497. Aguiar, Apelante, v. Vieira, Apelado.—Corte de Distrito de San Juan, Sección

Primera.—No. 2971. COLÓN, APELANTE, *v.* CARACCIOLO, APE-
LADO.—Corte de Distrito de Ponce.—No. 2876.—SOLIVÁN,
APELANTE, *v.* COLÓN, APELADO.—Corte de Distrito de Guayama.
Divorcio.—No. 2643. DÍAZ, APELANTE, *v.* HON. JUEZ DE LA
CORTE MUNICIPAL DE SAN JUAN, SECCIÓN SEGUNDA, APELADO.—
*Certiorari.*—Corte de Distrito de San Juan, Primer Distrito.—
No. 2500. ARZUAGA ET AL., APELANTES, *v.* THE PORTO RICO
RAILWAY, L. & P. Co., APELADA.—Corte de Distrito de San
Juan, Sección Primera. Resueltos en abril 23, 1923. No ha-
biendo comparecido las partes a la audiencia, cuyo señala-
miento en estos casos se les notificó oportunamente sobre de-
sestimación de la apelación por falta de alegato, queda deses-
timado el recurso por causa de abandono.

No. 2044. EL PUEBLO, APELADO, *v.* MELIÁN, APELANTE.—
Corte de Distrito de San Juan, Primer Distrito. Resuelto
en abril 24, 1923. Vista la moción de desistimiento de ape-
lación presentada por el apelante, se resuelve en corte abierta
tenerle por desistido.

No. 2054. EL PUEBLO, APELADO, *v.* DE JESÚS, APELANTE.
—Corte de Distrito de Guayama. Resuelto en abril 24, 1923.
Infracción del artículo 462 del Código Penal. No habiendo
el apelante radicado alegato, se resuelve en corte abierta
desestimar el recurso.

No. 3045. EL PUEBLO A REQUERIMIENTO DE BARCELÓ ET AL.,
APELADOS, *v.* WILSON, APELANTE.—Corte de Distrito de San
Juan, Distrito Segundo. *Quo warranto.* Resuelto en abril
24, 1923. Vista la moción de desistimiento de apelación pre-
sentada por el apelante en corte abierta en la sesión del día
de hoy, se resuelve tenerle por desistido.

No. 2676. TRAUTMAN, APELADO, *v.* LA SOCIEDAD TRAUTMAN
& ACHA, APELANTES.—Corte de Distrito de Ponce. Resuelto
en abril 26, 1923. Vista la anterior moción sobre desisti-
miento, se tiene por desistido a la apelante de la apelación
y se deja sin efecto el señalamiento de la vista.

No. 2396. QUIÑONES, APELADO, *v.* PANZARDI & Co., APE-